## DIV. E
### JUDGE
### JOHN J. MOLAISON, JR.
### 24th JUDICIAL COURT FOR THE PARISH OF JEFFERSON
### STATE OF LOUISIANA

DOCKET NO.: 707-696    DIVISION:

### TYRONE WILSON

### VERSUS

### KIRBY CORPORATION a/k/a KIRBY INLAND MARINE TRANSPORTATION COMPANY

FILED: _____    _____
                                    DEPUTY CLERK

······································································

### PETITION FOR DAMAGES

The Petition of **Tyrone Wilson**, a person of the age of majority and resident of Jefferson Parish, State of Lousiana, with respect represents;

**I.**

Made Defendants herein are the following:

A. **Kirby Corporation a/k/a Kirby Inland Marine Transportation Company**, is a multi-state corporation with a principle place of business in Baton Rouge, Louisiana;

B. **T.T. Coatings, Inc.**, is a Louisiana Company authorized to do and doing business with its principle place of business in Covington, Lousiana, and is liable unto Plaintiff as a result of incidences set out herein;

**II.**

Defendant is the owner and operator of barge fleets specifically, chemical and petro-chemical barge fleet and engaged in the transportation of products on the navigable waters of the United States of Louisiana.

**III.**

Defendant is the owner of a certain chemical or petro-chemical barge that was being repaired at a facility owned and operated by T.T. Barge service Inc., the employer of Plaintiff.

1



IV.

On or about October 10, 2010, the Kirby Barge is question was at the facility of T.T. Coating Inc. a company that primarily repairs barges. Plaintiff was working in the course and scope of his employment with T.T. Coating Inc., and was assigned to work on the specific Kirby Barge in question. The Kirby Barge in question had a test rod that was frozen in the stainless steel shaft of the barge.

IV.

Plaintiff was one of the crew members of TT Coatings Inc., who under the direction of Kerry White, Kirby Corporation's representative on the scene, were instructed to free the test rod, instead of replacing the entire assembly of rod and steel shaft. The common practice was to replace the entire assembly as Plaintiff and his crew had done on other test rods frozen in the stainless steel shafts.

V.

Kerry White, of Kirby gave the work order to Ran Van Tran, a TT Coating Inc., supervisor, who was instructed by Kerry White of Kirby Corporation to have a TT Coating Inc. employee heat up the bottom end of the steel shaft, while another TT Coating employee using plyers pulled on test rod on the open end of the shaft. Plaintiffs supervisor with TT Coating Inc., Ran Van Tran, agreed to follow the directions of Kerry White, of Kirby Corporation, and Plaintiff was ordered to pull with pliers on the test rod, in the open end of the shaft, while TT Coating Inc., fitter, Wilfredo Rodas, heated the test rods and the steel tube on the other end.

VI.

During the process of the test rod and steel shaft being heated, the test rod exploded out of the open end of the steel shaft, causing serious and permanently disabling injuries to Plaintiff's hands and wrists. Prior to Plaintiff participating in the attempt to free the test rod, Plaintiff protested the method and procedure, that Kerry White, of Kirby Corporation insisted upon and further protested to the attempt to free the test rod instead of replacing the test rod and steel shaft assembly.

VII.

Despite protest by Plaintiff, he was ordered to conduct the procedure under the threat of employment being terminated.

2

IMAGED OCT 2 7 2011

7 n 7 6 96

VIII.

Plaintiff avers that the accident in question was caused through no fault of his own but that said accident was caused by the joint negligence of Kerry White, of Kirby Corporation, and his supervisor with TT Coating Inc., in the following but not limited to respect;

1. **Kirby Corporation:**

a) maintaining equipment, that presented a dangerous and hazardous condition and an unreasonable risk of harm;

b) Writing work orders and demanding TT Coating Inc., engage in an activity that was inherently dangerous;

c) As a cost saving mechanism, refusing to replace the entire assembly of test rod and steel shaft;

d) Ordering TT Coating Inc., workers to utilize a dangerous and hazardous method to accomplish the removal of the test rod;

2. **T.T. Coatings, Inc.**

a) Ordering emplyees to engage in a dangerous and hazardous employment activity, knowing that harm to Plaintiff was substantially certain to follow an intentional Tort under Louisiana Law.

IX.

Plaintiff itemizes his damages as follows:

a) Loss wages;

b) Medical Expense;

c) Physical Pain and Suffering;

d) Mental Pain and Anguish;

e) Permanent Physical Disability;

f) Loss of Enjoyment of Life.

X.

Plaintiff avers amicable demand to no avail.

WHEREFORE Plaintiffs pray for proper citation to be served on the Defendants herein and after due proceedings had there be judgment herein and favor of Plaintiff, Tyrone Wilson and

IMAGED OCT 2 7 2011

7 n 7 6 96

against Defendants, Kirby Corporation a/k/a Kirby Inland Marine Transportation Company, jointly, severely and in solido for sufficient sum together with legal interest to the date of judicial demand for all cost of these proceedings and all general and equitable relief.

Respectfully submitted,

_____
Lloyd N. Frischhertz (#5749)
1130 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 523-1500
Facsimile: (504) 581-1670

**PLEASE SERVE:**
**Kirby Corporation a/k/a**
**Kirby Inland Marine Transportation Company**
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

**T.T. Coatings, Inc.**
Through its registered agent of process:
Raymond Greenwell
19368 Hwy. 36
Covington, LA 70433

CK# 14349    Sent CK
$40.00    → back on
N.O.    12-1-11 ru

CK# 14714
$29.36
EBR.

4

IMAGED OCT 27 2011

707696

# FRISCHHERTZ, POULLIARD, FRISCHHERTZ, & IMPASTATO, L.L.C.

## ATTORNEYS AT LAW
### 1130 ST. CHARLES AVENUE
### NEW ORLEANS, LA 70130

*********************************************

LLOYD N. FRISCHHERTZ
MARCUS J. POULLIARD
MARC L. FRISCHHERTZ
DOMINICK IMPASTATO, III.

Telephone: (504) 523-1500
Facsimile: (504) 581-1670
Toll Free: (855) 251-8469

WRITER'S EMAIL: lfrischhertz@frischhertzlaw.com

October 25, 2011

Clerk of Court
Parish of Jefferson
P.O. Box 10
Gretna, Louisiana 70054

FILE FOR RECORD
2011 OCT 26 AM 10: 46
DEPUTY CLERK
PARISH OF JEFFERSON, LA

    *Re:*    **Tyrone Wilson**

Dear Clerk:

    Enclosed please find an original and two (2) copies of Plaintiff, Tyrone Wilson, Petition for Damages, along with our firm's check made payable to the Clerk of Court to cover the costs associated with this request. Also enclosed is our firms check made payable to the Civil Sheriff to cover service costs.

Thank you in advance for your cooperation in this matter.

Very truly yours,

*Lloyd Frischhertz*

LLOYD N. FRISCHHERTZ

LNF/cmr
Enclosure

[Handwritten notes:]
Need $29.36 EBR. not N.O. ck.
Called 10/28/11 ti @ 3:39pm. Spoke to mr. Frischhertz will get delivered to me monday on 10/31/11 ti
Called 11/10/11 @ 9:13 am. Spoke w/ mr. Lloyd Frischhertz will follow up on the status. tu.
Called 11/28/11 @ 1:58 pm. Spoke to Lloyd Frischhertz will see what sec did w/ check & mail to my 707696

Rec ck on 12-2-11 ck# 14714

IMAGED OCT 27 2011
IMAGED DEC 12 2011

(101) Citation: ISS PETITION FOR DAMAGES;   111207-1383-6

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

TYRONE WILSON
 versus
KIRBY CORPORATION, KIRBY INLAND MARINE
TRANSPORTATION COMPANY, T T COATINGS INC

Case: 707-696   Div: "E"
P 1 TYRONE WILSON

To: T T COATINGS INC
THRU ITS REGISTERED AGENT OF PROCESS
RAYMOND GREENWELL
19368 HWY 36
COVINGTON LA 70433

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **PETITION FOR DAMAGES** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **FIFTEEN (15) CALENDAR** days after the service hereof, under penalty of default.

This service was requested by attorney LLOYD N. FRISCHHERTZ, JR and was issued by the Clerk Of Court on the 7th day of December, 2011.

Kelly B Picou, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____ SERVICE INFORMATION _____

(101) Citation: ISS PETITION FOR DAMAGES;   111207-1383-6

Received:_____   Served:_____   Returned:_____

Service was made:
___ Personal     ___ Domiciliary _____

Unable to serve:
___ Not at this address     ___ Numerous attempts _____ times
___ Vacant                  ___ Received too late to serve
___ Moved                   ___ No longer works at this address
___ No such address         ___ Need apartment / building number
___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ #_____
              Deputy Sheriff
Parish of: _____

IMAGED DEC 12 2011

(101) Citation: ISS PETITION FOR DAMAGES;                                111207-1382-8

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

TYRONE WILSON
   versus                                                  Case: 707-696   Div: "E"
KIRBY CORPORATION, KIRBY INLAND MARINE                                   P 1 TYRONE WILSON
TRANSPORTATION COMPANY, T T COATINGS INC

To: KIRBY CORPORATION
A/K/A KIRBY INLAND MARINE TRANSPORTATION
COMPANY
THRU CT CORPORATION                                                      CK# 14714 $29.36
5615 CORPORATE BLVD STE 400B
BATON ROUGE LA 70808

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **PETITION FOR DAMAGES** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **FIFTEEN (15) CALENDAR** days after the service hereof, under penalty of default.

This service was requested by attorney LLOYD N. FRISCHHERTZ, JR and was issued by the Clerk Of Court on the 7th day of December, 2011.

                       Kelly B Picou, Deputy Clerk of Court for
                       Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS PETITION FOR DAMAGES;                                111207-1382-8

Received:_____   Served:_____   Returned:_____

**Service was made:**
   ___ Personal        ___ Domiciliary _____

**Unable to serve:**
   ___ Not at this address    ___ Numerous attempts _____ times
   ___ Vacant                 ___ Received too late to serve
   ___ Moved                  ___ No longer works at this address
   ___ No such address        ___ Need apartment / building number
   ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                Deputy Sheriff
Parish of: _____

IMAGED DEC 12 2011

(101) Citation: ISS PETITION FOR DAMAGES;   111207-1382-8

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

TYRONE WILSON
   versus
KIRBY CORPORATION, KIRBY INLAND MARINE
TRANSPORTATION COMPANY, T T COATINGS INC

Case: 707-696   Div: "E"
P 1 TYRONE WILSON

To: KIRBY CORPORATION
A/K/A KIRBY INLAND MARINE TRANSPORTATION
COMPANY
THRU CT CORPORATION
5615 CORPORATE BLVD STE 400B
BATON ROUGE LA 70808

CK# 14714 $29.36

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **PETITION FOR DAMAGES** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **FIFTEEN (15) CALENDAR** days after the service hereof, under penalty of default.

This service was requested by attorney LLOYD N. FRISCHHERTZ JR and was issued by the Clerk Of Court on the 7th day of December, 2011.

Kelly B Picou, Deputy Clerk of Court for
Jon A. Gegenhelmer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS PETITION FOR DAMAGES;   111207-1382-8

Received:_____   Served:_____   Returned:_____

Service was made:
___ Personal   ___ Domiciliary _____

Unable to serve:
___ Not at this address   ___ Numerous attempts
___ Vacant               ___ Received too late to serve
___ Moved                ___ No longer works at this address
___ No such address      ___ Need apartment/building number
___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____   #_____
               Deputy Sheriff
Parish of: _____

**IMAGED** DEC 19 2011

**RETURN**

(101) Citation: ISS PETITION FOR DAMAGES;                                         111207-1383-6

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

TYRONE WILSON
  versus
KIRBY CORPORATION, KIRBY INLAND MARINE
TRANSPORTATION COMPANY, T T COATINGS INC

Case: 707-696    Div: "E"
P 1 TYRONE WILSON

To: T T COATINGS INC
THRU ITS REGISTERED AGENT OF PROCESS
RAYMOND GREENWELL
19368 HWY 36
COVINGTON LA 70433



PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **PETITION FOR DAMAGES** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **FIFTEEN (15) CALENDAR** days after the service hereof, under penalty of default.

This service was requested by attorney LLOYD N. FRISCHHERTZ JR and was issued by the Clerk Of Court on the 7th day of December, 2011.

Kelly B Picou, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS PETITION FOR DAMAGES;                                         111207-1383-6

Received:_____    Served:_____    Returned:_____

Service was made:

____    (26)707696 - 1.00 -- C/P
        Served PERS on                               INT:_____
Unable to s    T T COATINGS INC. THRU RAYMOND GREENWELL
            at
____    19368 Highway 36, COVINGTON                  times
____    Service Date & Time: 12/15/2011  1:15:00PM
                                                     dress
____                                                 | number
____    3706 - MEYER, SCOTT, St. Tammany Parish

Service: $__

Completed                                            :#_____

Parish of: _____



**IMAGED** DEC 27 2011

**Rodney J. Strain, Jr.**
Sheriff St. Tammany PARISH

Clerk of Court  Jefferson Parish
P.O. Box 10

Gretna, LA  70054

**DISTRICT COURT**
FOR THE PARISH OF ST. TAMMANY
12/19/2011

---

Case: (26) 707696   TYRONE WILSON vs KIRBY CORPORATION, ET AL

| Nbr | Date | Service Type | Charges |
|---|---|---|---|
| 1 | 12/12/2011 | Citation & Petition | $20.00 |

T T COATINGS INC. THRU RAYMOND GREENWELL; 19368 Highway 36;

Date of Disposition: 12/15/2011  Disposition Type: PERS

C/P

| 1 | 12/16/2011 | Mileage Charge | $7.65 |
|---|---|---|---|

Date of Disposition:   Disposition Type:

|  | Case Total: | $27.65 |
|---|---|---|

---

|  | Total: | $27.65 |
|---|---|---|

**IMAGED** DEC 27 2011

| Please make check payable to:<br>Rodney J. Strain, Jr., Sheriff<br>701 N. Columbia St.<br>Covington, LA 70433 |

| TO BE RETURNED WITH PAYMENT |