UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TYRONE WILSON | CIVIL ACTION |
| versus | NO. 2:12-cv-00080 |
| KIRBY CORPORATION, a/k/a KIRBY INLAND MARINE TRANSPORATION COMPANY | JUDGE STANWOOD R. DUVAL, JR. |
| | MAGISTRATE SALLY SHUSHAN |

## MOTION TO DISMISS

NOW COMES Defendant T.T. Coatings, Inc. (hereinafter "T.T. Coatings"), and respectfully moves the Court to dismiss the Plaintiff's claims pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiff Tyrone Wilson has sued T.T. Coatings as his employer. As set forth in the attached Memorandum in Support, Plaintiff has failed to state a plausible claim for relief, and his claim against T.T. Coatings accordingly should be dismissed.

Respectfully submitted:

_____
CARL J. HEBERT (06724)
JOSEPH E. LEE III (26968)
PREIS & ROY, PLC
Pan American Life Center
601 Poydras Street, Suite 17000
New Orleans, Louisiana 70130
Telephone:    (504) 581-6062
Facsimile:    (504) 522-9129

COUNSEL FOR DEFENDANT
T.T. COATINGS, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on the following counsel of record in this proceeding by:

( )   Hand Delivery            ( )   Prepaid U. S. Mail

( )   Facsimile                ( )   Federal Express

( √ ) ECF Filing

Lloyd N. Frischertz, Esq.  
1130 St. Charles Avenue  
New Orleans, Louisiana 70130

Salvador J. Pusateri, Esq.  
Aaron B. Greenbaum, Esq.  
Johns, Johnson, Barrios & Yacoubian  
701 Poydras Street, Suite 4700  
New Orleans, Louisiana 70139-7701

New Orleans, Louisiana this 18th day of January, 2012.

_____  
Carl J. Hebert  
Joseph E. Lee III