UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TYRONE WILSON | CIVIL ACTION |
| versus | NO.  2:12-cv-00080 |
| KIRBY CORPORATION,  a/k/a KIRBY INLAND MARINE TRANSPORATION COMPANY | JUDGE STANWOOD R. DUVAL, JR. |
| | MAGISTRATE SALLY SHUSHAN |

## JUDGMENT

On May 1, 2012, this Court issued its Order and Opinion (Rec. Doc. 20) granting the Motion to Dismiss filed by Defendant T.T. Coatings, Inc. ("T.T. Coatings") (Rec. Doc. 4) and denying the Motion to Remand filed by Plaintiff Tyrone Wilson ("Plaintiff") (Rec. Doc. 12).

In its Order and Opinion, this Court recognized that the Plaintiff "has no reasonable possibility of recovery against T.T. Coatings[.]"  However, if a final judgment is not entered now, T.T. Coatings will be forced to await the outcome of the entire litigation before there will be finality to the Court's order of dismissal.  The Court expressly finds that such a delay would be unjustified and prejudicial to T.T. Coatings.

Considering that the grant of T.T. Coatings' Motion to Dismiss and the denial of the Plaintiff's Motion to Remand entirely disposed of the claims against T.T. Coatings herein, and the Court further expressly recognizing that there is no just reason for delaying the entry of a final and appealable judgment dismissing T.T. Coatings from this litigation,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss filed by Defendant T.T. Coatings, Inc. (Rec. Doc. 4) be and hereby is GRANTED; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Motion to Remand filed by Plaintiff Tyrone Wilson (Rec. Doc. 12) be and hereby is DENIED; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all claims of Plaintiff Tyrone Wilson against Defendant T. T. Coatings, Inc. be and hereby are DISMISSED WITH PREJUDICE; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, because the claim against T.T. Coatings, Inc. is hereby disposed of in its entirety and there is no just reason for delay, this Judgment is a final and immediately appealable Judgment within the meaning of Rule 54(b) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this  4th  day of    June    , 2012.

_____
Stanwood R. Duval, Jr.
United States District Judge